E-FILED
Tuesday, 04 October, 2022  11:46:19 AM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| **VICTORIA KLUPS,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 22-2068** |
| **OLIVER'S BAR AND GRILL, INC.,** | |
| **Defendant.** | |

## <u>ORDER</u>

Upon request of the parties, and the Court being otherwise sufficiently advised,

**IT IS ORDERED HEREIN AS FOLLOWS:**

1.  This matter is scheduled for a settlement conference <u>by video conference</u> before the undersigned on **November 10, 2022, at 10:00 a.m.** The Court directs the Clerk to <u>attach Zoom video conferencing instructions to this Order.</u> Prior to the settlement conference, a confidential call will be held with Plaintiff's counsel on **November 9, 2022, at 10:00 a.m.** and defense counsel on **November 9, 2022, at 10:30 a.m.** The call-in number is 551-285-1373, then enter meeting ID 160 593 8546# and participant ID: 1015#.

2.  The settlement conference shall be attended by Plaintiff, Defendant, and both parties' lead trial counsel, all by video.

3.  By no later than the close of business on **November 3, 2022**, each party herein shall advise the undersigned, by separate confidential letter, of the following information:

      (a)     a brief analysis of key issues involved in the litigation;

      (b)     a description of the strongest and weakest legal and factual points in counsel's client's case;

      (c)     a description of the strongest and weakest legal and factual points in the opponent's case, not otherwise addressed in paragraph (b);

(d)      the specifics of any and all settlement demands and/or offers made to date, including any made prior to the commencement of this action, along with a copy of the written demand or offer submitted to opposing counsel as required in paragraph 5 below;

(e)      the particular action, if any, which counsel would suggest that the undersigned take at said settlement conference to facilitate the settlement of this action;

(f)      Plaintiff shall also itemize all damages claimed and the prospect for recovery as to each item of damages claimed;

(g)      preference, if any, for evaluative or facilitative approach to mediation;

(h)      the settlement proposal that counsel's client believes would be fair; and

(i)      the settlement proposal that counsel's client would be <u>willing</u> to make in order to conclude the matter and stop the expense of litigation.

4.      These separate confidential letters to the undersigned shall be emailed (long@ilcd.uscourts.gov), faxed (217-373-5840), or mailed to the following address:  Room 338 United States Courthouse, 201 South Vine Street, Urbana, Illinois, 61801.  To facilitate candor, and to protect counsels' work product immunity, the letter shall <u>not</u> be served upon opposing counsel and shall <u>not</u> be filed.  The undersigned will maintain the confidentiality of all such correspondence and the information contained therein.

5.      <u>At least fourteen (14) days prior to the conference,</u> the parties shall engage in meaningful settlement discussions which, at a minimum, shall include a reasonable demand by the plaintiff(s) and a reasonable offer by the defendant(s). Failure to make such a demand/offer will result in cancellation of the conference by the Court. During or prior to these discussions, Plaintiff shall provide counsel for Defendant(s) with a written breakdown of any demand for money damages. Likewise, counsel for Defendant(s) shall provide Plaintiff(s) with a written offer and brief statement of reasons for the offer. The settlement discussions should include an identification by each side of the witnesses who will be called at trial, a summary of their anticipated testimony, and a detailed description of any other evidence supporting the party's position with respect to both liability and damages.  If a party's settlement position is based in whole or in part upon the opinion of a physician or other expert, such opinion, along with any written report by the physician or expert, shall be disclosed to opposing party.  The parties are encouraged to make a concerted effort to settle the case on their own prior to the formal settlement conference.

ENTERED this 4th day of October, 2022.

_____s/ERIC L. LONG_____
U.S. MAGISTRATE JUDGE



# ZOOM  CONNECTION INFORMATION

# FOR SETTLEMENT CONFERENCE

# URBANA

## Judge Long

**Participants can log into the video hearing using the Zoom application or go to
https://zoom.com/join and enter the Meeting ID and Pass**code.

Mediation Video:
Meeting ID:  160 593 8546    Passcode:  1015

Audio Only:
Phone: 551-285-1373, then enter Meeting ID: 160 593 8546 #  and Participant ID:  1015 #